TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal SBN 126424)
Special Assistant United States Attorney
  Program Litigation 1
  Social Security Administration | Law & Policy
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: 410-965-5909
  Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER SANCHEZ, <br><br>    Plaintiff, <br><br>   v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br>    Defendant. | Case No. 2:25-cv-11130-RAO <br><br><br> [~~PROPOSED~~] JUDGMENT RE REMAND PURSUANT TO SENTENCE   FOUR OF 42 U.S.C. § 405(G) |

  Having approved the parties' joint stipulation to voluntary remand pursuant

to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

[~~Proposed~~] Judgment Re Remand                Page 1

ADJUDGES AND DECREES that this case be remanded to the Social Security Administration for further proceedings, consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

Dated this 30th day of April, 2026.


_____
Hon. Rozella A. Oliver
United States Magistrate Judge